UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UTTAM CHHETRI, ET AL | CIVIL ACTION NO. 09-cv-0460 |
| VERSUS | JUDGE HICKS |
| WAL-MART STORES, INC., ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Before the court is **Plaintiffs' Motion For Expanded Discovery Relative to Jurisdiction (Doc. 30)**. The court previously allowed Plaintiffs to serve written discovery and take three depositions (limited to one hour each) concerning Stacy Manor's role in filling the prescription at issue. Having conducted that discovery, Plaintiffs now seek to take the deposition of Lynn Johnson, a Wal-Mart employee whose name came up in one of the other depositions and who is said to have typed the initial data on the prescription.

Plaintiffs' motion is **denied**. The discovery allowed to date has focused on Ms. Manor's role in this case, not the role of every Wal-Mart employee who had even the most ministerial task associated with the prescription at issue. As the court stated in the last Memorandum Order: "A court may permit discovery relevant to an improper joinder issue, but such discovery 'should not be allowed except on a tight judicial tether, sharply tailored to the question at hand, and only after a showing of its necessity.' Guillory v. PPG Industries, Inc., 434 F.3d 303, 311 (5th Cir. 2005)." Plaintiffs' proposed additional discovery

falls outside of that rule and the parameters of the court's prior order. Plaintiffs have not satisfied the court that this additional discovery is necessary.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 27th day of July, 2009.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE